UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANYELA SALAZAR, et al.,

                              **Plaintiffs,**

        -against-

BIJA 203 INC., et al.,

                              **Defendants.**

-----------------------------------------------------------------X

21-CV-11028 (AJN)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On February 17, 2022, Plaintiffs filed an affidavit of service on Defendants. Defendants' responses to the Complaint were due on February 28, 2022. As of today, neither Defendant has filed a notice of appearance, responsive pleading, or any other motion. No later than March 11, 2022, Plaintiffs shall file a letter informing the Court whether Plaintiffs have been in contact with Defendants or made any efforts to confirm receipt of service. The letter should also state whether Plaintiffs intend to move for default judgment against either Defendant.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated:    March 7, 2022
             New York, New York