```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANYELA SALAZAR, et al.,

                Plaintiffs,                    21-CV-11028 (PAC)(SN)

      -against-                         **ORDER**

BIJA 203 INC., et al.,

                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      As directed by the Court, Defendants appeared on May 11, 2022. See ECF Nos. 16, 20-22. Defendants' responses to the Complaint are due no later than May 27, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated:    May 12, 2022
           New York, New York