UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANALYA SALAZAR, ANEL HERNANDEZ, ROBERT ENMANUEL EMILIANO and CAROLINA PICHARDO,

Plaintiffs,

BIJA 203 INC., d/b/a COCINA TALLER, and DARIO OLEAGA,

Defendants.

Case No. 21-11028-PAC-sn

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for BIJA 203 INC., d/b/a COCINA TALLER, and DARIO OLEAGA, are individual, non corporate parties, and certify that Rule 7.1 is therefore not applicable.

**Date:** March 30, 2023

**Signature of Attorney**

**Attorney Bar Code:** 1911668

Form Rule7_1.pdf   SDNY Web 10/2007