Law Offices of
# Joseph A. Altman, P.C.

**654 North Terrace Avenue**  **Phone: (718) DA8-0422**
**Fleetwood, New York, 10552**  **Fax: (718) 378-4898**   **E-mail:AltmanEsq@aol.com**
*Service of papers will not be accepted via fax and/or e- mail.*

**FREDERICK P. ALTMAN (1928-1997)**
**JOSEPH A. ALTMAN***

***MEMBER NEW YORK, NEW JERSEY & FLORIDA BAR**

April 3, 2023

Hon. Paul A. Crotty
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, New York 10007

RE:   Anyela Salazar v. Bija 203 Inc., et al
         Case No.: 21-cv-11028

Dear Judge Crotty:

Due to an oversight, the Defendant's Rule 56.1 Statement was not filed on March 30, 2023, as part of the Defendant's Motion for Summary Judgment, but was filed on April 2, 2023, when the oversight was discovered. That I notified the Plaintiff's attorney of the above described April 2, 2023 filing, who did not object. Hence, I am respectfully requesting that the Court accept Docket #59, the Rule 56.1 Statement, as timely filed.

Respectfully submitted,

Joseph A. Altman, P.C.

BY: Joseph A. Altman Esq.

*/s/ Joseph A. Altman/*

To:   Galen Baynes, Esq.
         Pechman Law Group PLLC
         Attorney for Plaintiff
         baynes@pechmanlaw.com

         George Ortiz, Esq.
         Attorney for Co-Defendant
         Yourcounsel@gaolawgroup.com