# EXHIBIT 1



# Dario Oleaga

--

United States

1K followers · 500+ connections

**Join to view profile**

- COCINA TALLER
- Columbia University in the City of New York




ARTIST, FINE ART AND BUSINESS.

## Experience



**Owner Designer**
COCINA TALLER
Aug 2014 - Present · 8 years 9 months



**Owner/Designer**
EAT @ SHERMAN CREEK
Jan 2014 - Present · 9 years 4 months



**Owner Designer**
Vacca Grill
Jun 2012 - Present · 10 years 11 months
Restaurant and lounge



**Owner / Operator**
Guadalupe
May 2007 - Present · 16 years
Restaurant



**Owner And Operator**
Serie 56






### Owner/Operator

Ambaroom

Jun 2004 - Present · 18 years 11 months



### Owner / President

Umbrella lounge

Aug 2002 - Present · 20 years 9 months

Nightclub

## Education



### Columbia University in the City of New York

English

2000 - 2000



### Altos de chavon

Associate of Arts (A.A.) · Fine art Ilustration

1992 - 1994

## View Dario's full profile

 

 Contact Dario directly

Join to view full profile

## People also viewed

### Yaneli Sosa
Tv-Host- Speaker-Founder of Hispanas Influyentes best Seller in Amazon.
New York, NY

### Ryan B.
Founder & Chief Executive Officer at TopShelf, Inc.
Boulder, CO

### Rachel Phillips
Talent Acquisition Specialist at Live! Casino & Hotel
Greater Philadelphia

### Janiva Montilla
Executive Assistant to President for the Americas
New York, NY

### Raven Wilson
Event Producer - Marketing Professional - Founder/CEO at RavenEvents.com... YOU'RE INVITED!
Phoenix, AZ

### Sherry Dampier
Owner of The One Night Stand; Custom Cake Stands & Event Rentals
Rochester, New York Metropolitan Area

Case 1:21-cv-11028-PAC-SN   Document 64-1   Filed 04/13/23   Page 6 of 8




San Antonio, TX

**Joe Agostinelli**

Inventory Audit Analyst at JOHNSON & JOHNSON/SYNTHES-DEPUY

Rumford, RI

**Victoria Shparber**

Owner at BlackForest Deli & Catering

West Palm Beach, FL

**Arlen Leiner**

Owner of AAC Marine Group

Land O' Lakes, FL

Show more profiles



**Looking for career advice?**

Visit the Career Advice Hub to see tips on accelerating your career.

View Career Advice Hub

## Others named Dario Oleaga



**Darío José Oleaga Cruz**

Asistente Virtual Individual en Procesadora Lechera Oleaga S.R.L.

Dominican Republic



**Dario Jose Oleaga Acra**




 **Dario Oleaga**
--
Wichita, Kansas Metropolitan Area

 **Dario Oleaga**
Owner, MEDIATRIX
Dominican Republic

6 others named Dario Oleaga are on LinkedIn

See others named **Dario Oleaga**

## Add new skills with these courses

 Design a High-Impact Sell Sheet

 Photoshop-Illustrator-InDesign Powercombo for Design

 Illustrator Draw: Working Mobile

See all courses

## Dario's public profile badge

Dario Oleaga - Owner Designer - COCINA TALLER | LinkedIn




 **Dario Oleaga**
--

 Owner Designer at COCINA TALLER

 Columbia University in the City of New York

View profile

View profile badges

© 2023

Accessibility

Privacy Policy

Cookie Policy

Brand Policy

Community Guidelines

About

User Agreement

Your California Privacy Choices

Copyright Policy

Guest Controls

Language