UNITED STATES COURT OF APPEAL
SECOND CIRCUIT
-----------------------------------------------------------

Anyela Salazar, Anel Hernandez,
Roberto Enmanuel Emiliano, Carolina Pichardo,
                    Plaintiff/Appellees,

                    v.

Bija 203, Inc., d/b/a Cocina Taller,
                    Defendant-Cross Claimant-Appellant
-----------------------------------------------------------

Docket No.: 23-7460

**STATUS UPDATE**

In accordance with the Court's January 22, 2024 Order, the status update is as follows:

1.  The parties have agreed to the Settlement terms.

2.  The February 14, 2024 payment has been delayed, as the Appellant's check, to fund the first payment has not cleared, and is expected to clear on Monday, February 26, 2024.

3.  Upon clearance, the Respondent's attorney shall be notified, so that we can proceed with the balance of the payment(s).

Respectfully submitted,

Joseph A. Altman Esq.


Cc:     Galen Bayner, Esq.
        Via ECF