UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
ANYELA SALAZAR, ANEL HERNANDEZ,
ROBERT ENMANUEL EMILIANO, and
CAROLINA PICHARDO                                :        No. 21 Civ. 11028 (PAC) (SN)
                                                 :
                      Plaintiffs,                :
                                                 :
       -against-                                 :
                                                 :
BIJA 203 INC. and DARIO OLEAGA,                  :        [~~PROPOSED~~] JUDGMENT
                                                 :
                      Defendants.                :
-------------------------------------------------------------------- X

**UPON CONSIDERATION** of the Court's September 26, 2023 Opinion and Order (ECF NO. 67) granting Plaintiffs Anyela Salazar, Anel Hernandez, Robert Enmanuel Emiliano, and Carolina Pichardo's ("Plaintiffs") Motion for Summary Judgment as to Plaintiffs' successor liability claim against Defendant Bija 203 Inc., it is

**ORDERED AND ADJUGED** that judgment is hereby entered in favor of Plaintiffs and against Defendant Bija 203 Inc. in the amount of $167,772.15, plus post-judgment interest accruing as of today's date as calculated under 28 U.S.C. § 1961.

Dated: New York, New York
       Aug 7, 2024

SO ORDERED:

Hon. ~~Paul A. Crotty~~ Alvin K. Hellerstein
United States District Judge